IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BERKLEY ASSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>SEA TRUCK SERVICE, LLC; and ERIC PINAULT,<br><br>    Defendants. | CIVIL ACTION NO.: 4:24-cv-74 |

**O R D E R**

Plaintiff filed its Complaint initiating this action on April 12, 2024. (Doc. 1.) On August 9, 2024, it filed a Notice of Voluntary Dismissal, stating its intent to dismiss the case without prejudice. (Doc. 7.) Defendants have not filed answers or motions for summary judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case has been **DISMISSED WITHOUT PREJUDICE**. (See id.) The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 13th day of August, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA